IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -2  P 2: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JANICE MADDEN, as Administratrix of the Estate of JAMES MADDEN, Deceased, <br><br> PLAINTIFF <br><br> vs. <br><br> TMA FOREST PRODUCTS GROUP, etc., et al., <br><br> DEFENDANTS | Case No. 2:06-cv-00186-C |

### DEFENDANT LOUISIANA-PACIFIC CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Louisiana-Pacific Corporation ("Louisiana-Pacific") states that it has no parent corporation and that no publicly-held corporation presently owns 10% or more of Louisiana-Pacific's stock.

Pursuant to this Court's standing Order on Corporate Disclosure Statements (Civil Misc. No. 3047, dated Jan. 14, 2000), Louisiana-Pacific states that it has no parent companies, subsidiaries, or affiliates that have shares issued to the public.

Respectfully submitted this 2nd day of March, 2006.

_____
Dennis R. Bailey (4845-I71D)
R. Austin Huffaker (3422-F55R)
Attorneys for Defendant
Louisiana-Pacific Corporation

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama   36101-0270
(334) 206-3100 (phone)
(334) 262-6277 (fax)
drb@rsjg.com (Bailey e-mail)
rah2@rsjg.com (Huffaker e-mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of March, 2006, I filed the foregoing with the Clerk of the Court and the CM/ECF system which will send notice of such filing to the following:

W. Eason Mitchell

Gregory A. Cade

H. Thomas Wells, Jr.

John A. Earnhardt

/s/ Dennis R. Bailey
Of counsel