IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JANICE MADDEN, as Administratrix of the Estate of JAMES MADDEN, Deceased,** | |
| PLAINTIFF | |
| vs. | Case No. 2:06-cv-00186-C |
| **TMA FOREST PRODUCTS GROUP, etc., et al.,** | |
| DEFENDANTS | |

## CONSENT ORDER ENLARGING TIME TO RESPOND TO COMPLAINT

With the express consent and agreement of counsel for Plaintiff, Defendant Pactiv Corporation and Defendant Louisiana-Pacific Corporation; and

It appearing that the period of time within which Defendants may answer, plead, move, or otherwise respond to Plaintiff's Complaint has not yet expired;

IT IS HEREBY ORDERED, in accordance with Rule 6(b) of the Federal Rules of Civil Procedure, that the time within which Defendants may answer, plead, move, or otherwise respond to Plaintiff's Complaint be enlarged through and including March 22, 2006.

This _____ day of _____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT