IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MADDEN, as Administratrix of the Estate of James Madden, deceased, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:06-CV-186-WKW |
| TMA FOREST PRODUCTS GROUP, et al. ) ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that the plaintiff shall show cause **on or before April 14, 2006**, why the defendants' motions to dismiss (Doc. # 7 and Doc. # 9) should not be granted in whole or in part.

DONE this the 24th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE