IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MADDEN, as Administratrix of the Estate of James Madden, deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TMA FOREST PRODUCTS GROUP, et al. )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-186-WKW |

## **ORDER**

It is ORDERED that the defendants shall show cause **on or before May 5, 2006**, why the plaintiff's motion to remand (Doc. # 12) should not be granted.

DONE this the 13th day of April, 2006.

                                                   /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE