IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MADDEN, as Administratrix of the Estate of James Madden, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )     CASE NO. 2:06-CV-186-WKW |
| TMA FOREST PRODUCTS GROUP, et al. | ) ) ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that Plaintiff's Unopposed Motion for Extension of Time (Doc. # 17) is GRANTED. The date for responding to Defendants' Motion to Dismiss is extended from April 14, 2006, to April 24, 2006.

DONE this the 14th day of April, 2006.

                               /s/ W. Keith Watkins
                               UNITED STATES DISTRICT JUDGE