State of Alabama
County of Covington

## AFFIDAVIT

My name is Janice Madden and I reside at 23521 Third Avenue, Florala, AL 36442. I am the widow and former wife of James Madden who was born November 6, 1939. He had been diagnosed with bronchogenic carcinoma of the left upper lobe with mediastinal adenopathy, liver metastatis and mestasis to T-12 of the spine. James died of lung cancer on December 4, 2004.

I am familiar with James' residences for most of his life. He lived at 25321 Third Avenue, Florala, AL from 1963 until the time of his death. This address was formerly known as 504 East Third Avenue, Florala, AL prior to the 911 address changes.

James died a short time after learning that he had cancer. He was never employed by any of the owners of the Louisiana-Pacific wood treatment facility. He did work as an outside contractor at the facility painting buildings and smoke stacks located on the mill property. He was hired to do the painting by the plant manager, Roy Ezell. I had no suspicion and James had no knowledge or any reason to suspect that the

chemicals from the Louisiana-Pacific wood treatment facility caused his illness and death. I now believe that the chemicals, which were released into the environment at the Louisiana-Pacific facility caused James' illness and death. James lived and worked in the Florala/Lockhart vicinity, but was not an employee of Louisiana-Pacific. I know of no other hazardous or toxic chemicals that would have caused his death. Neither James Madden nor I knew that the chemicals, which were released into the environment from the Louisiana-Pacific facility cause or promote cancer.

_____
JANICE MADDEN

Sworn to and subscribed before me this __1__ day of April 2006, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 9-13-08

45335.wpd