**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 25, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Janice Madden vs. TMA Forest Products Group et al.

Case Number:   2:06cv186-WKW

This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached without the signatures.

The signatures to the main PDF document are attached to this notice for your review. Reference is made to document # 20 filed on April 24, 2006.