IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MADDEN, as Administratrix of the Estate of James Madden, deceased, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:06-CV-186-WKW |
| TMA FOREST PRODUCTS GROUP, et al. ) ) | |
| Defendants. ) | |

## ORDER

It is ORDERED that the defendants shall show cause **on or before May 17, 2006**, why the following motions filed by the plaintiff should not be granted:

1. Motion to Consolidate (Doc. # 19);

2. Motion to Allow Amended Complaint (Doc. # 21).

DONE this the 27th day of April, 2006.

                                      /s/  W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE