

# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

---

**INITIATE NEW BROWSE**

Corporation                                                                   D/C 731-089

   Legal Name:    Lockhart Lumber Company, Inc.

   Place Of Inc:   Covington County

   Date Of Inc.:   08-30-1958  Merged.: 11-01-1978

   Merged Into.:   D & D Lumber Company, Inc.

   Reg Agent...:   * Not On Data Base

   Prin Address:   LOCKHART, AL

   Capital Amt.:   $125,000 Authorized  $25,000 Paid In

   Nat Of Bus..:   MFG PULPWOOD, WOOD CHIPS, PAPER WOOD, ETC

   Names Of Inc:   JACKSON, C M
                       LITTLE, GROVER H
                       DIXON, SOLON
                       DIXON, CHARLES

**TRANSACTION LIST**

**← PREVIOUS PAGE**



© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT
1



# TRANSACTIONS

Office of the Secretary of State
State of Alabama

---



INITIATE NEW BROWSE

```
Corporation                                                D/C 731-089
   Legal Name:    Lockhart Lumber Company, Inc.


                  ---- Legal Name Merged In: ------------------------------
  11-01-1978..:   Conecuh Lumber Company, Incorporated
```

← PREVIOUS PAGE

---

© 2006, Office of the Secretary of State, State of Alabama