

# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

---

**INITIATE NEW BROWSE**

```
Corporation                                          F/C 731-086
  Legal Name:   D & D Lumber Company, Inc.

State Of Inc:   Delaware

Qualified...:   12-17-1957   Withdrawn.: 11-01-1978

Date Of Inc.:   * Not On Data Base

Reg Agent...:   DIXON, SOLON
                ANDALUSIA, AL

Prin Address:   100 WEST TENTH ST
                WILMINGTON, DE

Nat Of Bus..:   MFG, DEAL IN WOOD CHIPS, WOOD PRODUCTS, ETC
```

**TRANSACTION LIST**            **← PREVIOUS PAGE**



---

© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT 3



# TRANSACTIONS
Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                              F/C 731-086
  Legal Name:    D & D Lumber Company, Inc.


                 ---- Legal Name Changed From: ----------------------------------
03-13-1961..:    D & D Chips, Inc.


                 ---- Legal Name Merged In: -------------------------------------
11-01-1978..:    Lockhart Lumber Company, Inc.


                 ---- Miscellaneous Filing Entry: -------------------------------
11-01-1978..:    AMENDMENT FILED

03-13-1961..:    AMENDMENT FILED
```

**← PREVIOUS PAGE**



© 2006, Office of the Secretary of State, State of Alabama