# C T CORPORATION SYSTEM

Associated with The Corporation Trust Company
811 DALLAS AVENUE, HOUSTON, TEXAS 77002 • (713) 658-9486

January 5, 1979

RE: RESERVATION OF NAMES IN FLORIDA AND TENNESSEE

Ms. Elaine Rollins, Attorney
Tenneco Inc.
P. O. Box 2511
Houston, Texas  77001

Dear Elaine:

The following names were reserved in the States of Florida and Tennessee on the dates shown and for the time shown:

CONECUH LUMBER COMPANY, INC.

| | | |
|---|---|---|
| Florida | December 27, 1978 | 120 days |
| Tennessee | December 18, 1978 | 90 days |

DIXON LUMBER COMPANY

| | | |
|---|---|---|
| Florida | December 26, 1978 | 120 days |
| Tennessee | December 18, 1978 | 90 days |

D & D LUMBER COMPANY

| | | |
|---|---|---|
| Florida | December 22, 1978 | 120 days |
| Tennessee | December 18, 1978 | 90 days |

LOCKHART LUMBER COMPANY

| | | |
|---|---|---|
| Florida | December 22, 1978 | 120 days |
| Tennessee | December 18, 1978 | 90 days |

Each of the names were reserved in Alabama on informal bases on November 1, 1978 for a period of 90 days.

This completes our services for you in this matter.

Yours very truly,

C T CORPORATION SYSTEM

Phillip D. Tucker
Assistant Secretary

PDT:al

EXHIBIT 6