FOR LAWYERS                                                                    SINCE 1902

# UNITED STATES CORPORATION COMPANY

SEVENTY PINE STREET
NEW YORK, N.Y. 10005
(212) 952-0400

WRITER'S DIRECT DIAL NUMBER
212-952-9373

TELEX: 129138

January 18, 1979

Re:   Dixon Lumber Company, Inc.
      Conecuh Lumber Company, Inc.
      D & D Lumber Company, Inc.
      Lockhart Lumber Company, Inc.

John R. Olsen, Esq.
Legal Department
Packaging Corporation of America
1603 Orrington Avenue
Evanston, Ill.      60204

Dear Mr. Olsen:

     Enclosed for your files is the evidence of incorporation of the four subject corporations in Alabama under date of November 13, 1978. In each case, we have enclosed one of the signed copies of the Declaration of Incorporation, certified by the Judge of Probate of Montgomery County to show that the original was duly filed in his office on that day. You will also find enclosed a letter dated January 12, 1979 from the office of the Secretary of State acknowledging that such office has now received the required reports of incorporation from the Probate Judge.

     We appreciate having been called upon to assist.

Cordially,

David H. Jackman
President

DHJ:ms
Encl.

cc:
Chicago - Mr. Nuter

EXHIBIT
8

OFFICES OR REPRESENTATIVES IN EVERY STATE