

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama



```
Corporation                                           D/C 054-257
  Legal Name:   D & D Lumber Company, Inc.

Place Of Inc:   Montgomery County

Date Of Inc.:   11-13-1978

Reg Agent...:   * Not On Data Base

Prin Address:   MONTGOMERY, AL

Capital Amt.:   $1,000 Authorized   $1,000 Paid In

Nat Of Bus..:   LUMBER TIMBER AND FOREST PRODUCTS ETC

Names Of Inc:   ALLERSMEYER, PAUL S
                HOENIGMANN, JOHN S
                HENNELLY, THOMAS G
```



© 2006, Office of the Secretary of State, State of Alabama



EXHIBIT 9



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama



```
Corporation                                              D/C 054-271
  Legal Name:   Lockhart Lumber Company, Inc.

Place Of Inc:   Montgomery County

Date Of Inc.:   11-13-1978

Reg Agent...:   * Not On Data Base

Prin Address:   MONTGOMERY, AL

Capital Amt.:   $1,000 Authorized   $1,000 Paid In

Nat Of Bus..:   LUMBER, TIMBER AND FOREST PRODUCTS

Names Of Inc:   ALLERSMEYER, PAUL S
                HOENIGMANN, JOHN S
                HENNELLY, THOMAS C
```

© 2006, Office of the Secretary of State, State of Alabama