IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MADDEN, as Administratrix of the Estate of James Madden, deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TMA FOREST PRODUCTS GROUP, et al. )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-186-WKW |

## O R D E R

Upon consideration of the Motion for John C. Berghoff, Jr., Mark R. Ter Molen and Matthew C. Sostrin to Appear Pro Hac Vice (Doc. #29) filed on May 11, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 12th day of May, 2006.

                                            /s/  W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE