IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MADDEN, as Administratrix of the Estate of James Madden, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    CASE NO. 2:06-CV-186-WKW |
| TMA FOREST PRODUCTS GROUP, et al. | ) ) ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that a status conference is scheduled for May 23, 2006, at 4:00 p.m, in Courtroom E-200, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this the 12th day of May, 2006.

                                      /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE