IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MADDEN, as Administratrix of the Estate of James Madden, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TMA FOREST PRODUCTS GROUP, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NUMBER:<br>2:06-cv-186-WKW-CSC |

**SPECIAL APPEARANCE OF D & D LUMBER COMPANY, INC.**

Defendant D & D Lumber Company, Inc. ("D & D Lumber") submits this Special Appearance for the limited purpose of opposing Plaintiff's Request for Entry of Default. D & D Lumber requests that this Honorable Court enter an order denying Plaintiff's Request for Entry of Default because Plaintiff fraudulently joined D & D Lumber. D & D Lumber also submits that process and service of process are defective in this matter. D & D Lumber discusses these issues in further detail in its Opposition to Plaintiff's Request for Entry of Default and Motion to Dismiss, which has been filed contemporaneous herewith.

1

01337984.1

                                                Respectfully Submitted,

                                                           s/ E. Bryan Nichols
                                        H. Thomas Wells, Jr.
                                        Bar Number: WEL004
                                        twells@maynardcooper.com
                                        John A. Earnhardt
                                        Bar Number: EAR006
                                        jearnhardt@maynardcooper.com
                                        E. Bryan Nichols
                                        Bar Number: NIC036
                                        bnichols@maynardcooper.com

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

                                        John C. Berghoff Jr
                                        Mark R. Ter Molen
                                        Matthew C. Sostrin
                                        *Admitted Pro Hac Vice*

                                        MAYER, BROWN, ROWE & MAW, LLP
                                        71 S. Wacker Drive
                                        Chicago, Illinois 60606

                                        Attorneys for Defendant
                                        *D & D Lumber Company, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2006, I served the foregoing upon the following persons via U.S. Mail:

*COUNSEL FOR DEFENDANTS LOUISIANA-PACIFIC CORPORATION*

Dennis R. Bailey
R. Austin Huffaker
Rushton, Stakely, Johnston & Garrett
P. O. Box 270
Montgomery, AL  36101

*COUNSEL FOR PLAINTIFF*

W. Eason Mitchell
Colon Law Firm
P. O. Box 866
Columbus, MS  39703

Gregory A. Cade
W. Lee Gresham III
Fred R. DeLeon
Environmental Litigation Group
3529 Seventh Avenue South
Birmingham, AL  35222

                                                      s/ E. Bryan Nichols
                                               E. Bryan Nichols
1901 Sixth Avenue North
Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1184
Facsimile: (205) 254-1999
E-mail: bnichols@maynardcooper.com
Bar Number: NIC036