**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 19, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Janice Madden vs. TMA Forest Products Group et al**
**Case Number: 2:06cv186-WKW**
**Pleading : #38- Motion to Appear Pro Hac Vice**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 5/18/2006 with the improper Certificates of Good Standing attached.**

**The proper Certificates of Good Standing from the United States District Court are attached to this notice.**