IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**JANICE MADDEN, Administratrix of the**
**Estate of JAMES MADDEN, Deceased**                    **PLAINTIFF**

**VERSUS**                    **CIVIL ACTION NO. 2:06-CV-186-WKW**

**PACTIV CORPORATION; et al.**                    **DEFENDANTS**

### RESPONSE TO MOTION TO SET ASIDE ENTRY OF DEFAULT

Comes now the Plaintiff and in response to the motion of D & D Lumber Company, Inc. to set aside the clerk's entry of default says as follows:

Plaintiff is not opposed to the Defendants' motion to set aside the entry of default.

Respectfully submitted this 22nd day of May, 2006.

    /s/ W. Eason Mitchell
W. EASON MITCHELL (MIT020)
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Telephone: 662-327-0903
Facsimile: 662-329-4832
emitchell@colom.com

## Certificate of Service

  I, W. Eason Mitchell, hereby certify that on May 22, 2006, I electronically filed the foregoing *Response to Motion to Set Aside Entry of Default* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

  Dennis R. Bailey
  John Aaron Earnhardt
  W. Lee Gresham , III
  R. Austin Huffaker , Jr
  Edwin Bryan Nichols
  Matthew C. Sostrin
  Mark R. Ter Molen
  H. Thomas Wells , Jr
  John C. Berghoff , Jr

          /s/ W. Eason Mitchell
          W. Eason Mitchell

50684.wpd