IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JANICE MADDEN, Administratrix of the
Estate of JAMES MADDEN, Deceased                                    PLAINTIFF

VERSUS                            CIVIL ACTION NO. 2:06-CV-186-WKW

                                                          JURY TRIAL DEMANDED

PACTIV CORPORATION; et al.                                         DEFENDANTS

### FIRST AMENDED COMPLAINT

### JURISDICTION

1. This action makes claims for damages for violation of the laws of the State of Alabama. The Plaintiff specifically does not claim any damages for violation of federal statutes or law.

### VENUE

2. Venue of this action is proper in Covington County, Alabama, because many of the wrongful acts which caused the Plaintiff's injuries and