IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JANICE MADDEN, as Administratrix of      )
the Estate of James Madden, deceased,    )
                                         )
      Plaintiff,                         )
                                         )
v.                                       )        CASE NO. 2:06-CV-186-WKW
                                         )
TMA FOREST PRODUCTS GROUP, et al.        )
                                         )
      Defendants.                        )

## O R D E R

Upon consideration of the Motion for Orlyn O. Lockard, III, Douglas Sheppard Arnold, and Bernard Taylor, Sr. to Appear Pro Hac Vice (Doc. # 38) filed on May 18, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 23rd day of May, 2006.


        /s/  W.  Keith Watkins
      UNITED STATES DISTRICT JUDGE