IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**JANICE MADDEN, Administratrix of**
**the Estate of JAMES MADDEN, Deceased,**                               **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 2:06CV186 -WKW**

**PACTIV CORPORATION and**
**LOUISIANA-PACIFIC CORPORATION,**                               **DEFENDANTS**

### NOTICE OF FILING AFFIDAVIT

Comes now the Plaintiff and gives notice of filing the Affidavit of W. Eason Mitchell in the above-styled and numbered action.

Respectfully submitted this 6th day of July, 2006.

                      /s/ W. Eason Mitchell
                      W. EASON MITCHELL (MIT020)
                      The Colom Law Firm, LLC
                      Post Office Box 866
                      Columbus, MS 39703-0866
                      Telephone: 662-327-0903
                      Facsimile: 662-329-4832

## CERTIFICATE OF SERVICE

I, W. Eason Mitchell, hereby certify that on July 6, 2006, I electronically filed the foregoing *Notice of Filing Affidavit* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Douglas Sheppard Arnold, Esq.
>Dennis R. Bailey, Esq.
>John C. Berghoff, Jr., Esq.
>John A. Earnhardt, Esq.
>R. Austin Huffaker, Jr., Esq.
>Orlyn O. Lockard, III, Esq.
>Edwin Bryan Nichols, Esq.
>Laura Ellison Proctor, Esq.
>Erin O'Kane Scott, Esq.
>Matthew C. Sostrin, Esq.
>Mark R. Ter Molen, Esq.
>H. Thomas Wells, Jr., Esq.
>Bernard Taylor, Sr., Esq.

This 6th day of July, 2006.

/s/ W. Eason Mitchell
W. Eason Mitchell