# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED:  7/10/06 | AT | 3:03 p.m. - 3:49 p.m. |
| DATE COMPLETED:  7/10/06 | | FTR Recorded |

| | | |
|---|---|---|
| M.C.<br>    Plaintiff | * * * | |
| vs. | * * | CASE NO. 2:06CV83-LES-CSC |
| PACTIV CORPORATION, ET AL | * * | |
|    Defendant | * | |

| | | |
|---|---|---|
| LILLIAN EDWARDS<br>    Plaintiff | * * * | |
| vs. | * * | CASE NO. 2:06CV86-LES-CSC |
| PACTIV CORPORATION, ET AL | * * | |
|    Defendant. | | |

| | | |
|---|---|---|
| JANICE MADDEN<br>    Plaintiff | * * | |
| vs. | * * * | CASE NO. 2:06CV186-LES-CSC |
| PACTIV CORPORATION, ET AL | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Gregory Andrews Cade | * | Atty. Bernard Taylor |
| Atty. Robert Leslie Palmer | * | Atty. John C. Berghoff, Jr., Atty. Mark Ter Molen |
| Atty. William Eason Mitchell | * | Atty. H. Thomas Wells, Atty. Orlyn Lockard, III |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON        LAW CLERK: CORRIE LONG

( X) OTHER PROCEEDINGS: **ORAL ARGUMENT: JOINT MOTION TO COMPEL PRIOR WITNESS STATEMENTS**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Joint Motion - 06cv83-LES-CSC; 06cv86-LES-CSC; 06cv186-LEs-CSC |
|---|---|
| Date | 7/10/2006 |
| Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 3:03:23 PM | Court | Court convenes; parties present as noted; Discussions re: Scheduling in the case; Judge Strom is assigned to this case and would like to meet with all lawyers on November 30th and have a scheduling conference; |
| 3:05:03 PM | Atty. Mitchell | Atlanta is convenient; |
| 3:05:09 PM | Court | Will tell him that, if that's convenient for all of you; |
| 3:05:23 PM | Atty. Berghoff | Atlanta would be convenient for us; |
| 3:05:38 PM | Atty Cade | Did you say November? |
| 3:05:40 PM | Court | Yes, November 30th; Discussion as to the order to consolidate cases has not been entered; I will enter an order consolidating cases for discovery; There's no objection to that? |
| 3:06:13 PM | Atty. Berghoff | That is correct; |
| 3:06:19 PM | Court | Discussions as to the Motion to compel production of prior witnesses; |
| 3:07:09 PM | Atty. Berghoff | Response re: Motion to compel; |
| 3:07:48 PM | Court | Counsel asked to identify themselves when addressing the court; |
| 3:08:07 PM | Atty. Berghoff | Continued response regarding the motion to compel; Statements were taken 2 yrs ago; |
| 3:13:13 PM | Court | Response as to the issues of people having cognitive problems; |
| 3:13:49 PM | Atty. Berghoff | Response; Individuals were presented as to having suffered memory loss; |
| 3:14:55 PM | Court | Response; |
| 3:16:07 PM | Atty. Berghoff | Response to court's scenario; |
| 3:16:54 PM | Court | Response; |
| 3:17:15 PM | Atty. Berghoff | Response; |
| 3:18:54 PM | Court | When is the first deposition set? |
| 3:18:54 PM | Atty. Berghoff | Tomorrow at 9:00 a.m.; |
| 3:19:31 PM | Atty. Mitchel | Addresses the court; brought the camera; |
| 3:19:39 PM | Court | May not needed; If individuals can't remember, why are we deposing them? |
| 3:19:58 PM | Atty. Mitchell | Response; We have agreed to give the dead people who do not have claims: |
| 3:20:33 PM | Court | Who are they? |
| 3:20:33 PM | Atty, Mitchell | Ronnie Jackson, Marvin Wilford, Marvin Wyatt; Melanie Chambers; Respsonse to Mr. Berghoff questions; Discussions as to the Florala Media CD; Discussions as to how depostions will be take; Deft's will depose individuals first then a week later Plaintiff's will depose them. They will be deposed twice; To preserve the testimony; |
| 3:22:58 PM | Court | Why are you doing that to these people? |
| 3:23:00 PM | Atty. Mitchell | Response - some of them are dying; memories are going fast; |

| Time | Speaker | Notes |
|---|---|---|
| 3:23:20 PM | Court | Discussions as to the conditions of the witnesses; Were they under oath? |
| 3:23:30 PM | Atty. Mitchell | No. |
| 3:23:33 PM | Court | It's just a video taped statment? |
| 3:23:35 PM | Atty. Mitchell | Just a video in there home or meeting place; There was one individual that was mistaken - Carlton Dukes; There's on 9 that have health problems; |
| 3:24:20 PM | Court | Who is the one that do not have health problems? |
| 3:24:20 PM | Atty. Mitchell | Carlton Dukes; He's also the witnes to a single issue; Discussion regarding videotapes; |
| 3:26:12 PM | Court | Why were statements taken? |
| 3:26:17 PM | Atty. Mitchell | Response; |
| 3:27:34 PM | Atty. Taylor | Addresses the court; |
| 3:28:48 PM | Court | Addresses problem; |
| 3:29:40 PM | Atty. Taylor | Response; |
| 3:31:36 PM | Court | Addresses problem as to how injuries occurred and what would witness be abl to tell about that; |
| 3:32:05 PM | Atty. Taylor | Response; |
| 3:32:20 PM | Court | How many are here on this? |
| 3:32:20 PM | Atty. Taylor | Three since Carlton is not consider one of them; |
| 3:32:28 PM | Atty. Mitchell | Not sure if you still want to depose Carlton; There are four the workers counting Carlton Dukes; |
| 3:32:50 PM | Court | This group is exposure people; |
| 3:33:00 PM | Atty. Mitchell | Response; |
| 3:33:10 PM | Court | So, what are we deposing them for? |
| 3:33:16 PM | Atty, Taylor | Response; They will testify regarding their illnesses and causes of their illness; |
| 3:34:55 PM | Court | Addresses concerns; |
| 3:36:01 PM | Atty. Taylor | Response; |
| 3:36:35 PM | Court | Discussions as to the how the sworn statments would help; |
| 3:36:37 PM | Atty. Taylor | Response; |
| 3:37:00 PM | Court | Response; |
| 3:37:20 PM | Atty. Taylor | Response; |
| 3:37:45 PM | Court | Response; |
| 3:38:19 PM | Atty. Taylor | Discussion regarding taken expedited depositions ; |
| 3:40:07 PM | Court | What's the schedul that you are on? The defts will depose 9 people?; |
| 3:40:16 PM | Atty. Taylor | We will take all ten; |
| 3:40:19 PM | Court | That will be done over the course of the next two weeks? |
| 3:40:21 PM | Atty. Taylor | We will take 5 of them over discovery deposition and evidentiary depositions over the next 3 weeks; |
| 3:40:32 PM | Court | Pltf's will take discvery depositions first and later on the preservation depositions; |
| 3:40:50 PM | Atty. Mitchell | Addresses the court as to having formal discovery; |
| 3:41:39 PM | Atty. Taylor | Response - did not have thorough discovery; |
| 3:42:02 PM | Atty. Berghoff | Response; |

| Time | Speaker | Statement |
|---|---|---|
| 3:42:25 PM | Court | The first deposition to be taken of each of the witnesses will be discovery depositions taken by the defendants, following that the plaintiff's will depose these individuals for the purpose of preserving their testimony; |
| 3:43:09 PM | Atty, Berghoff | That's not correct, there will be 5 discovery followed by 5 preservation of the plaintiff; |
| 3:43:24 PM | Court | There you will do five more; What is the amount of time between the 5 are taken and the second 5 is taken? |
| 3:43:42 PM | Atty. Taylor | For the first group there will be a weeks interval and for the second group 3 weeks; |
| 3:43:55 PM | Court | Will DENY the immediate request to compel the production of the prior witness statments subject to the defts being able to show to the court that during the discovery depositions taken by the defts, witnesses were unable for any reason to recall the events about which they are being deposed, if that is so, counsel for plntf's are to produce the witness statements prior to the depositions to preserve testimony so that defense counsel may then proceed with whatever addition depositions they wish to take; |
| 3:45:23 PM | Atty. Mitchell | Response; |
| 3:45:33 PM | Court | Counsel may come back to the court and object to this procedure at any time or show why it should not be followed; |
| 3:46:33 PM | Court | Discussions as to the original tapes returned to counsel ; Case will be consolidated for discovery, therefore, all pleadings, all discovery matter motions will be filed only in the 06cv83-LSC case; |
| 3:47:49 PM | Atty, Berghoff | Discussion as to outstanding motions gone to Judge Strom; |
| 3:48:09 PM | Court | He has access to them through the efile system; Discussions as to briefing schedule for the motion to dismiss; |
| 3:48:29 PM | Atty. Berghoff | We have briefed and argument the motion before Judge Watkins; |
| 3:48:39 PM | Court | Will tell Judge Strom ; |
| 3:49:00 PM | Atty. Berghoff | The issues have been fully brief and argued; |
| 3:49:14 PM | court | Court is recessed. |