IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MADDEN, as ) | |
| Administratrix of the Estate of ) | |
| JAMES MADDEN, deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:06cv186-LES |
| ) | |
| PACTIV CORPORATION, et al, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is defendant Pactiv's motion to strike filed on May 17, 2006 (doc. # 35).  Upon consideration of the motion, it is

ORDERED that on or before August 18, 2006, the opposing party shall show cause why the motion should not be granted.

Done this 7th day of August, 2006.

                                      /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE